**Dismissed and Memorandum Opinion filed October 6, 2016.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-16-00281-CV

**EMMA E. DU BOIS, INDIVIDUALLY AND IN HER CAPACITY AS REPRESENTATIVE OF THE ESTATE OF DORA MILLER DU BOIS, DECEASED, Appellant**

**V.**

**BRENDA DUBOIS BRADLEY, INDIVIDUALLY AND AS AGENT IN SUCCESSION OF DORA MILLER DU BOIS, DECEASED, ET AL, Appellee**

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-73434**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 29, 2016. The clerk's record was filed June 13, 2016. No reporter's record or brief was filed.

On July 28, 2016, this court issued an order stating that unless appellant submitted a brief on or before August 29, 2016, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Brown.